VIOLA STAKEL, Respondent, *v.* CITY OF BATAVIA, Appellant.

(Argued October 21, 1932; decided November 22, 1932.)

*Clayton M. Smith* and *Fred Van Aernam* for appellant.
*Walter J. Davison* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts, on the authority of *Hamilton* v. *City of Buffalo* (173 N. Y. 72); *Butler* v. *Village of Oxford* (186 N. Y. 444); *Terry* v. *Village of Perry* (199 N. Y. 79); *Lalor* v. *City of New York* (208 N. Y. 431). No opinion.

Concur: LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: POUND, Ch. J., and CRANE, J. Not sitting: CROUCH, J.